**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEZMOND CHARLES MITCHELL | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. __________ |
| | : | |
| WILLIAM P. BARR, et al. | : | **CAPITAL CASE** |
| | : | |
| Defendants. | : | **EXECUTION SCHEDULED FOR AUGUST 26, 2020** |
| | : | |
| | : | **Time: 6:00 p.m. EST** |

**[PROPOSED] EXPEDITED HEARING ORDER**

Plaintiff's Motion is GRANTED and it is hereby ORDERED that:

The hearing on Plaintiff Lezmond Mitchell's Motion for Temporary Restraining Order and Preliminary Injunction shall be held on August 25, 2020.

Dated: ______________________________

______________________________
United States District Judge