IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEZMOND CHARLES MITCHELL | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. _____ |
| WILLIAM P. BARR, et al. | : | **CAPITAL CASE** |
| Defendants. | : | **EXECUTION SCHEDULED FOR AUGUST 26, 2020** |
| | : | **Time: 6:00 p.m. EST** |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

This matter came before the Court on Plaintiff Lezmond Charles Mitchell's Motion for Temporary Restraining Order, to be followed by a Preliminary Injunction, enjoining Attorney General Defendant William P. Barr; Deputy Attorney General Jeffrey A. Rosen; Acting Pardon Attorney Rosalind Sargent-Burns; Federal Bureau of Prisons Director Michael Carvajal; Federal Bureau of Prisons Regional Director Jeffrey E. Kreuger; and United States Penitentiary Terre Haute, Indiana Complex Warden T.J. Watson, who are all being sued in their official capacities; the United States Department of Justice; the Federal Bureau of Prisons; and the Office of the Pardon Attorney, from deliberately interfering with and obstructing Mitchell's ability to participate in the executive clemency process for individuals under a death sentence, in violation of his Fifth Amendment right to due process; and in violation of his Eighth Amendment prohibition against arbitrary imposition of the death penalty; and in violation of his Fifth Amendment rights to equal protection and due process of law. Mitchell also moves to enjoin Defendants from carrying out his scheduled execution so that his clemency petition may be processed to completion and the President may issue a decision unencumbered by the Defendants' violation of his rights under the Fifth and Eighth Amendments.

1

2

Having considered the Motion and the documents filed herewith, including the Complaint and memorandum in support of the Motion and exhibits submitted herewith, and good cause appearing therefor, the Court hereby grants the relief requested.

Plaintiff's Motion is GRANTED and it is hereby ORDERED that:

1. Defendants are hereby enjoined from interfering with and obstructing Mitchell's ability to participate in the executive clemency process;

2. Defendants are hereby enjoined from carrying out Mitchell's execution on August 26, 2020, so that his clemency petition may be processed to completion and the President may issue a decision.

3. The injunction shall remain in place until such a time as to allow Mitchell to litigate his constitutional claims and the President issues his decision.

Dated: _____            _____
                                                                              United States District Judge