**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEZMOND CHARLES MITCHELL | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. __________ |
| | : | |
| WILLIAM P. BARR, et al. | : | **CAPITAL CASE** |
| | : | |
| Defendants. | : | **EXECUTION SCHEDULED FOR AUGUST 26, 2020** |
| | : | |
| | : | **Time: 6:00 p.m. EST** |

**MOTION FOR EXPEDITED HEARING**

Please take notice that Plaintiff Lezmond Charles Mitchell requests that the Court hold a hearing on or before August 26, 2020. Pursuant to LCvR 65.1(d), Mitchell submits this Statement of Facts making expedition essential in this matter.

On July 29, 2020, Defendant Department of Justice ("DOJ") notified Mitchell that his execution had been scheduled for August 26, 2020, 28 days later. *See Mitchell v. United States*, Ninth Cir. Case No. 18-17031 (July 8, 2020), Dkt. 47. As set forth in his Motion for Temporary Restraining Order and Preliminary Injunction, Mitchell alleges that the Defendants are deliberately interfering with and obstructing Mitchell's ability to participate in the executive clemency process for individuals under a death sentence, in violation of his Fifth Amendment right to due process; and in violation of his Eighth Amendment prohibition against arbitrary imposition of the death penalty; and in violation of his Fifth Amendment rights to equal protection and due process of law. He has requested that this Court enjoin Defendants from carrying out his fast-approaching scheduled execution until he has received a decision regarding his application for commutation of his death sentence. Without the Court's intervention, Mitchell will be executed before he can fully litigate his claims.

For these reasons, expedited consideration and decision in this matter is necessary to prevent the most severe, irreversible harm to Mitchell.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Interim Federal Public Defender

DATED: August 24, 2020

By: */s/ Jonathan C. Aminoff*

JONATHAN C. AMINOFF
Deputy Federal Public Defender
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012
(213) 894-5374
Jonathan_Aminoff @fd.org

Counsel for Lezmond Charles Mitchell

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2020, in addition to filing via ECF, I caused true and correct copies of Plaintiff's Complaint, Civil Cover Sheet, Motion for Temporary Restraining Order and Preliminary Injunction, Motion for Expedited Hearing, and all supporting papers to be delivered (1) via email to counsel for the defendants Krissa Lanham (email: Krissa.Lanham@usdoj.gov), Sharon Sexton (email: Sharon.Sexton@usdoj.gov), William G. Voit (email: William.Voit@usdoj.gov), and Alan Burch (email: Alan.Burch@usdoj.gov) and (2) by overnight delivery, to the Defendants in the above-captioned action, at the following addresses:

WILLIAM P. BARR, et al.
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

JEFFREY A. ROSEN
Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

ROSALIND SARGENT-BURNS
Acting Pardon Attorney
Office of the Pardon Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530

MICHAEL CARVAJAL
Director
Federal Bureau of Prisons
U.S. Department of Justice
320 First Street, NW
Washington, DC 20534

JEFFREY E. KRUEGER
Regional Director
Federal Bureau of Prisons
North Central Region
U.S. Department of Justice
400 State Avenue, Suite 800
Kansas City, KS 66101

T.J. WATSON
Complex Warden
U.S. Penitentiary Terre Haute
4700 Bureau Road South
Terre Haute, IN 47802

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530

Federal Bureau of Prisons
U.S. Department of Justice
320 First Street, NW
Washington, DC 20534

Office of the Pardon Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530

DATED: August 24, 2020

*_/s/ Jonathan C. Aminoff_*
JONATHAN C. AMINOFF
Deputy Federal Public Defender

Counsel for Lezmond Charles Mitchell