**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEZMOND CHARLES MITCHELL | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 20-02331 RCL |
| WILLIAM P. BARR, et al. | : | **CAPITAL CASE** |
| Defendants. | : | **EXECUTION SCHEDULED FOR AUGUST 26, 2020** |
| | : | **Time: 6:00 p.m. EST** |

**NOTICE OF ERRATA**

Plaintiff Lezmond Mitchell inadvertently omitted the Notice of Related cases. Please note the following related cases:

*United States of America v. Lezmond Mitchell*, D. AZ  Case No. 01-CR-1062 DGC

(Associated Appeals: Ninth Circuit Case Nos. 03-99010, 20-99009)

*Lezmond Mitchell v. United States of America*, D. AZ Case No. 09-CV-8089-DGC

(Associated Appeals: Ninth Circuit Case Nos. 11-99003, 18-17031)

*Lezmond Mitchell v. United States of America*, D. AZ Case No. 20-CV-8217 DGC

(Associated Appeals: Ninth Circuit Case No. 20-99010)

    Respectfully submitted,

    CUAUHTEMOC ORTEGA
    Interim Federal Public Defender

DATED:  August 25, 2020    By: */s/ Jonathan C. Aminoff*
    JONATHAN C. AMINOFF
    Deputy Federal Public Defender

    Counsel Lezmond Charles Mitchell

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system on August 25, 2020. Notice of this filing will be sent by email to all parties that are registered users, including counsel for the Defendants listed below; and the filing may be accessed through the Court's CM/ECF System.

DATED:  August 25, 2020                                     */s/ Jonathan C. Aminoff*
                                                                                   JONATHAN C. AMINOFF
                                                                                   Deputy Federal Public Defender
                                                                                   Office of the Federal Public Defender
                                                                                   321 E. 2nd Street
                                                                                   Los Angeles, CA 90012
                                                                                   (213) 894-5374
                                                                                   Jonathan_Aminoff@fd.org

                                                                                  Counsel for Lezmond Charles Mitchell