UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>WILLIAM P. BARR,<br>U.S. Attorney General, et al.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-2331 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will kindly enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendants in this case.

Dated: August 25, 2020

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ *Alan Burch*
　　　　　　　　　　　　　　　　　　　ALAN BURCH, D.C. Bar #470655
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　United States Attorney's Office, Civil Division
　　　　　　　　　　　　　　　　　　　555 Fourth St., NW, Washington, DC 20530
　　　　　　　　　　　　　　　　　　　(202) 252-2550, alan.burch@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*