IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL<br>Register Number 48685-008<br>U.S. Penitentiary Terre Haute<br>Terre Haute, IN 47802<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>WILLIAM P. BARR<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530;<br><br>JEFFREY A. ROSEN<br>Deputy Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530;<br><br>ROSALIND SARGENT-BURNS<br>Acting Pardon Attorney<br>Office of the Pardon Attorney<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530;<br><br>MICHAEL CARVAJAL<br>Director<br>Federal Bureau of Prisons<br>U.S. Department of Justice<br>320 First St., NW<br>Washington, DC 20534;<br><br>JEFFREY E. KRUEGER<br>Regional Director<br>Federal Bureau of Prisons<br>North Central Region<br>U.S. Department of Justice<br>400 State Avenue, Suite 800<br>Kansas City, KS 66101; | Civil Action No. <u>1:20-CV02331-RCL</u><br><br>**CAPITAL CASE** |

| | |
|---|---|
| and | ) |
| | ) |
| T.J. WATSON | ) |
| **Complex Warden** | ) |
| **U.S. Penitentiary Terre Haute** | ) |
| **4700 Bureau Road South** | ) |
| **Terre Haute, IN 47802,** | ) |
| | ) |
| In their official capacities; and, | ) |
| | ) |
| **U.S. Department of Justice** | ) |
| **950 Pennsylvania Avenue, NW** | ) |
| **Washington, DC 20530** | ) |
| | ) |
| **Federal Bureau of Prisons** | ) |
| **U.S. Department of Justice** | ) |
| **320 First St., NW** | ) |
| **Washington, DC 20534** | ) |
| | ) |
| **Office of the Pardon Attorney** | ) |
| **950 Pennsylvania Avenue, NW** | ) |
| **Washington, DC 20530;** | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF KIRA GILLESPIE

1. I, Kira Gillespie, hereby declare that I am employed at the Office of the Pardon Attorney as a Senior Attorney Advisor. I have been employed in that position since January 11, 2015, and I have been employed at the Office since November 8, 2010.

2. I have reviewed Plaintiff's complaint (Dkt. 1) and his motion and memorandum in support of preliminary injunction (Dkt. 1-11) in the above-captioned action. I make this declaration in support of Defendants' opposition to the motion for preliminary injunction.

3. I was the Senior Attorney assigned to review Plaintiff's clemency petition. In that capacity, I was responsible for overseeing the review of Plaintiff's clemency materials, coordinating communication with other clemency stakeholders to obtain their responses,

scheduling and conducting the necessary meetings with Plaintiff's attorneys, and drafting the recommendation that the Office makes to the Deputy Attorney General and the White House.

4. Plaintiff submitted his clemency petition on August 30, 2019, supplemental materials in support of his clemency petition on September 19, 2019, and renewed clemency petition on July 31, 2020. Plaintiff's attorneys provided an oral presentation to the Office of the Pardon Attorney on August 11, 2020, and ad hoc additional supplements to their submissions since that time. The Office has had time to review, and has collectively reviewed the substance, of all the materials submitted.

5. Having received both written and oral submissions from Plaintiff, the Office has completed its investigation, assembled a thorough appendix of all submitted and researched materials, and the Department of Justice has made its recommendation to the President of the United States. See 28 C.F.R. §§ 1.6 and 1.10. Accordingly, no additional time is needed to complete the executive clemency process for Plaintiff.

6. The Department does not disclose when its recommendation is sent to the President, or the nature of that recommendation, because that information is privileged and confidential.

7. The President may decide to act affirmatively on a request for clemency or may simply decline to exercise his authority without making an express determination.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of August, 2020.

*Kira Gillespie*
Kira Gillespie
Office of the Pardon Attorney
Senior Attorney Advisor