UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR,<br>Attorney General, et al.,<br><br>Defendants. | Civil Action No. 20-2331 (RCL) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants, William P. Barr, U.S. Attorney General, and others ("Defendants"), respectfully notify the Court that tonight, the Supreme Court denied Mitchell's stay applications and denied certiorari as to his Rule 60(b) claim concerning *Peña-Rodriguez v. Colorado*, 137 S.Ct. 855 (2017). *See* No. 20-5398 (Sup. Ct. Aug. 25, 2020) (denying certiorari); No. 20A30 (Sup. Ct. Aug. 25, 2020) (denying stay application); No. 20A32 (Sup. Ct. Aug. 25, 2020) (denying separate stay application). As to No. 20A32, Justice Sotomayor made a separate statement respecting the denial of the stay application, noting that there is "[c]onsiderable uncertainty" regarding the interpretation of a portion of the Federal Death Penalty Act, 18 U. S. C. §3596(a), but that she agreed with the Court's decision to deny a stay because "these questions are not adequately presented for . . . review in the pending case." *Id*. (statement of Sotomayor, J., respecting denial of application for stay). In the Supreme Court, Mitchell argued that a stay was warranted in order to permit him to pursue the clemency process, yet the Court denied all relief. *See* Stay Appl. 11-12 (No. 20-5398). As a result, the case before this Court—

filed earlier today just one day before Mitchell's rescheduled execution—is the only remaining judicial proceeding concerning Mitchell's sentence or execution.

The Supreme Court denied Mitchell's stay applications promptly, consistent with its directive—emphasized again just last month—that last-minute stays "should be the extreme exception, not the norm." *Barr v. Lee*, No. 20A8, 2020 WL 3964985, at *2 (U.S. July 14, 2020) (emphasis added) (quoting *Bucklew v. Precythe*, 139 S. Ct. 1112, 1134 (2019)). These developments support the defendants' arguments that this Court should deny the eleventh-hour stay request Mitchell filed on the eve of his execution. *See* Dkt. 7 at 13-15.

Dated: Aug. 25, 2020

Respectfully submitted,

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/ Krissa M. Lanham
KRISSA M. LANHAM
Assistant United States Attorney

*Attorneys for Defendants*

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
Civil Chief, U.S. Attorney's Office

/s/ Alan Burch
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
U.S. Attorney's Office
for the District of Columbia
Washington, D.C. 20530
202-252-2550
alan.burch@usdoj.gov