(ORDER LIST: 591 U.S.)

TUESDAY, AUGUST 25, 2020

CERTIORARI DENIED

20-5398 (20A30) MITCHELL, LEZMOND C. V. UNITED STATES

The application for stay of execution of sentence of death presented to Justice Kagan and by her referred to the Court is denied. The petition for a writ of certiorari is denied.