UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL,              )<br>                                                              )<br>         *Plaintiff*                                        )<br>                                                              )<br> v.                                                          )<br>                                                              )    Case No. 1:20-cv-02331-RCL<br> WILLIAM P. BARR, et al.,                       )<br>                                                              )<br>         *Defendants*.                                 )<br>_____) | |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court **DENIES** plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 3).

**IT IS SO ORDERED.**


Date: <u>August 26, 2020</u>                                                       <u>s/ Hon. Royce C. Lamberth</u>
                                                                                              United States District Court Judge

1