August 18, 2021

Judge Timothy J. Kelly
E. Barrett Prettymar
United States Courthouse
333 Constitution Avenue, N.W.
Room, 1225
Washington, D.C. 20001

**LET THIS BE FILED**

2021.10.04
10:22:29 -04'00'

Gabriel Amador
Reg. No. 42731-279
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336

Re: Civil Action No. 20-3321 (RMM)

Dear Honorable Judge Jelly,

I no longer have the legal assistance to hlep me with the above numbered case and would ask that either have it ruled on or consider this letter a Motion to Withdraw. I apologize for any inconvenience on the Court and appreciate your ruling.

Sincerely,

Gabriel Amador

CERTIFICATE OF SERVICE

I, Gabriel Amador do hereby declare under penalty of perjury that I placed a true and correct copy of the foregoing: Motion To Withdraw

with postage prepaid and affixed into the prison mailbox on this 18th day of August, 2021, and properly addressed to the following:

Clerk of the Court
United States Courthouse
333 Constitution Avenue, N.W.
Room, 1225
Washington, D.C. 20001

Respectfully,

Gabriel Amador
Reg. No. 42731-279
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336